**IN THE UNITED STATES DISTRICT COURT,**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-00194-01-CR-W-FJG |
| | ) | |
| CLINTON HOLMAN, | ) | |
| Defendant. | ) | |


### DEFENDANT'S PROPOSED WITNESS LIST

**COMES NOW**, the Defendant, Clinton Holman, by and through his counsel,

Alex McCauley, and provides the following witness list:

1.     All witnesses listed by any party.

2.     The Defendant may testify on his behalf.

The Defendant reserves the right to supplement this list as required in advance of

trial.


Respectfully submitted,


s/ Alex S. McCauley
Alex S. McCauley, MO Bar No. 52632
JENAB & MCCAULEY, LLP
ATTORNEY FOR THE DEFENDANT
110 South Cherry Street, Suite 200
Olathe, Kansas  66061
(913) 390-5023 Office
(913) 764-5539 Fax
alexmccauley@everestkc.net

<u>Certificate of Service</u>

I certify that on June 22, 2007, this Proposed Witness List was filed electronically with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the all counsel of record in the case.

<u>s/ Alex S. McCauley</u>
Alex S. McCauley, MO Bar No. 52632