# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CLINTON HOLMAN, Defendant. | ) ) ) ) ) ) ) | Case No. 04-00194-01-CR-W-BCW <br> USM No. 08029-045 <br> Laine Cardarella <br> Defendant's Attorney |

**AMENDED**

**Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time the defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:

☐ Denied. ☑ Granted, and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  131 months  months is **reduced to**  129 months and 8 years of Supervised Release .

*(Complete Parts I and II of Page 2 when motion is granted. Page 2 is not for public disclosure.)*

Additional Comment:

**If a home plan has not been approved prior to release, defendant will reside in and satisfactorily participate in a residential re-entry center program for up to 120 days.**

Except as provided above, all provisions of the most recent judgment, dated  January 8, 2008 , shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  July 14, 2020 

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT